UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                          Chapter 11

New York Spot Inc.,                             Case No. 11-43785 (CEC)

                    Debtor.

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK ): ss.:

      Courtney Presswood, being duly sworn, deposes and says:

      1.    I am not a party to the action, am over 18 years of age and reside in New York, New York.

      2.    On August 15, 2011, I served **Notice of Hearing to Consider Approval of Debtor's Disclosure Statement** on **Service List A** and I served the **Notice of Hearing to Consider Approval of Debtor's Disclosure Statement** with the **Disclosure Statement** and the **Debtor's Plan of Reorganization** on **Service List B** by regular mail by placing a true copy thereof enclosed in a postage-paid, sealed envelope addressed to the following persons and/or entities on the attached respective service lists in an official depository under the exclusive care and custody of the United States Postal Service within New York State and depositing same.

                                                      _____
                                                      COURTNEY PRESSWOOD

Sworn to before me this
16th day of August, 2011

_____
Notary Public
JAYNELEE TORRES
Notary Public, State Of New York
No. 01TO6060116
Qualified In Queens County
Commission Expires 06/11/20
7/16/15

## SERVICE LIST A

| | | |
|---|---|---|
| NYS Unemployment Insurance Fund<br>PO Box 551<br>Albany, NY 12201 | Single Occupancy Tenants<br>442 West 22nd Street<br>New York, NY 10011 | NYS Dept Of Taxation & Finance<br>Bankruptcy/Special Procedures<br>PO Box 5300<br>Albany NY 12205-0300 |
| NYC Water Board - DEP<br>59-17 Junction Blvd<br>Bankruptcy Unit 13th Floor<br>Flushing, NY 11373-5108 | NYC Dept of Finance<br>Special Assistant Corp Counsel<br>345 Adams St - 3rd Floor<br>Brooklyn, NY 11201 | Internal Revenue Service<br>10 Metro Tech Center<br>625 Fulton Street<br>Brooklyn, NY 11201 |
| NYC Water Board - DEP<br>59-17 Junction Blvd<br>Bankruptcy Unit 13th Floor<br>Flushing, NY 11373-5108 | Aron Tessler<br>1412 Bayridge Avenue<br>Brooklyn, NY 11219 | Bayis Neeman<br>2101 Avenue O<br>Brooklyn, NY 11210 |
| Charles Neiss<br>702 Avenue P<br>Brooklyn, NY 11223 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>10 Metro Tech Center<br>625 Fulton Street<br>Brooklyn, NY 11201 |
| Landlord Services LLC<br>2071 Flatbush Avenue, Suite 189<br>Brooklyn, NY 11234 | N.C. Caller P.C.<br>4309 13th Avenue<br>Brooklyn, NY 11219 | New York City Dept of Law<br>Office of the Corporation Counsel<br>100 Church St<br>New York, NY 10007 |
| NYC Dept of Finance<br>Bankruptcy & Assignment<br>340 Adams St 10th Fl<br>Brooklyn, NY 11201 | NYC Dept of Finance<br>Special Assistant Corp Counsel<br>345 Adams St - 3rd Floor<br>Brooklyn, NY 11201 | |

## SERVICE LIST B

| | | |
|---|---|---|
| New York Spot Inc.<br>3317 Avenue N<br>Brooklyn, NY 11234 | Office of the US Trustee<br>Attn: William Curtain<br>271 Cadman Plaza East #5429<br>Brooklyn, NY 11201 | 442 West 22nd Street LLC<br>c/o Erez Glambosky<br>72 Madison Avenue 6th Floor<br>New York, NY 10016 |
| West 22nd LLC<br>c/o Einig & Bush LLP<br>20 Lexington Avenue Suite 2320<br>New York, NY 10170 | | |